UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO. 4:18-CV-145-FL

| | |
|---|---|
| MARIANNE DYKSTRA, GLEN DYKSTRA, )<br>and NEUSE BREEZE, LLC, a North Carolina )<br>limited liability company, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>JACK M. TEMPLE, SALLY L. TEMPLE, also )<br>known as SALLIE TEMPLE, CALVIN )<br>WILLIAMS, MIKI WILLIAMS, also )<br>known as MIKI KNUTSON WILLIAMS, JOHN )<br>DOES 1 THROUGH 10 and JANE DOES 1 )<br>THROUGH 10, jointly and severally )<br>)<br>Defendants. ) | **ORDER ON REQUEST FOR<br>ENTRY OF DEFAULT<br>AND MOTIONS TO EXTEND<br>TIME TO ANSWER** |

This matter is before the Court on the Plaintiffs' Request for Entry of Default, No. 34, Defendant's Motion to Seal, No. 37, and Defendants Jack M. Temple and Sally L. Temple ("the Temple Defendants") Third Motion to Extend Time To Answer or Otherwise Defend, Docket No. 44. The Court has considered the papers submitted by the parties, otherwise reviewed papers on file as necessary, and is fully advised in the premises. For those reasons,

**IT IS ORDERED THAT:**

1. Plaintiffs' Request for Entry of Default is denied, without prejudice.

2. The Temples Defendants' Motion to Seal is granted.

3. The Temples Defendants shall file and serve their answer or otherwise defend as permitted by the Federal Rules of Civil Procedure, including their response to the pending Verified Motion for Preliminary Injunction, not later than November 7, 2018.

4. No further extensions of time to answer or defend shall be granted.

_____
**United States District Judge**

**Dated: November ___, 2018**