# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
# 4:18-CV-145-FL

| | |
|---|---|
| MARIANNE DYKSTRA, GLEN DYKSTRA, AND NEUSE BREEZE, LLC, A NORTH CAROLINA LIMITED LIABILITY COMPANY | NOTICE/MOTION RE: OF TECHNICAL DIFFICULTIES |
| v. | |
| JACK M. TEMPLE, SALLY L. TEMPLE, ET AL. | |

**ALLOWED**

This the 4th day of February, 2019.

/S/ Louise W. Flanagan
LOUISE W. FLANAGAN, United States District Judge

NOW COMES Defendants by and through undersigned counsel, pursuant to Rule 6(b)(1)(b) of the Federal Rules of Civil Procedure, to notify the Court that technical difficulties counsel encountered using MS Word when finalizing the Memorandum in Opposition and involved recovering the document. Consequently, the Memorandum was submitted to the court an hour and fifteen minutes late. Defendants hereby plead for the Court's mercy, requesting the Memorandum be deemed timely.

This the 1st day of February 2019,

*Heather L. Rattelade*
Heather L. Rattelade
Attorneys for Petitioner
The Richardson Firm
455 Ramsey Street
Fayetteville, NC 28301
Phone: 910.488.5050
Fax: 910.339.4373
HEATHER.RATTELADE@THERICHARDSONFIRM.COM
NC Bar No. 38698