IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:18-CV-145-FL

| | |
|---|---|
| MARIANNE DYKSTRA, GLEN DYKSTRA, AND NEUSE BREEZE, LLC, A NORTH CAROLINA LIMITED LIABILITY COMPANY ) ) ) ) ) ) | NO OBJECTION TO PLAINTIFFS' MOTION TO QUASH SUBPOENAS |
| v. ) ) | |
| JACK M. TEMPLE, SALLY L. TEMPLE, ET AL. ) ) ) | |

NOW COMES Defendants to Plaintiffs' Motion to Quash subpoenas issued to Glen Dykstra, Marianne Dykstra, and Neuse Breeze, LLC, staff. Defendants have no objection and withdraw said subpoenas.

This the 6TH day of February 2019,

*Heather L. Rattelade*
Heather L. Rattelade
Attorneys for Petitioner
The Richardson Firm
455 Ramsey Street
Fayetteville, NC 28301
Phone: 910.488.5050
Fax: 910.339.4373
HEATHER.RATTELADE@THERICHARDSONFIRM.COM
NC Bar No. 38698

## Certificate of Service

I hereby certify that I have served a copy of this pleading on February 6, 2019, electronically through the CM/ECF filing system on counsel.

This the 4TH day of February 2019,

*Heather L. Rattelade*
_____
Heather L. Rattelade
William Richardson
Attorneys for Petitioner
The Richardson Firm