United States District Court
Eastern District of North Carolina

DYKSTRA et al
    Plaintiffs,                    Case No. ~~FEC~~ 18
v.                                 4:18-CV-145

TEMPLE et al.
    Defendants

& This action to be dismissed, without prejudice, costs or attorneys fees.

_____          _____
Attorney for Plaintiffs           Attorney for Defendants

                                  Df 1 Jack Temple        JT
February 8, 2019                  Df 2 [signature]        ST
                                  Df 3 [signature]        CW
SO ORDERED                        Df 4 [signature]        MW

_____
U.S. District Judge

February 8, 2019

FILED IN OPEN COURT
ON 2/8/19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC